ton, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements.  All concurred.

The People of the State of New York, Respondent, v. Frank M. Cornell, Appellant.— Order affirmed.  All concurred.

Edgar C. Riebe and Company, Respondent, v. Daniel J. Carroil, Appellant.— Order affirmed, with ten dollars costs and disbursements.  All concurred.

In the Matter of the Application of Charles B. Parsell, as Town Superintendent of Highways of the Town of Niles, Respondent, v. George H. Huff, Appellant, for an Order to Deliver Books and Papers of Said Office.— Order affirmed, with ten dollars costs and disbursements.  All concurred.

In the Matter of the Judicial Settlement of the Account of Proceedings of Robert A. Parke, Respondent, as General Guardian of Charlotte T. Parke, Appellant.— Decree reversed and proceeding remitted to Surrogate's Court, with costs to appellant to abide event, upon the ground that the finding that a settlement was made is against the weight of the evidence and that a hearing should be had upon the issues raised by the objections filed.  All concurred, except Robson, J., who dissented.

Jennie Payne, as Sole Administratrix, etc., of Lemuel Payne, Deceased, Appellant, v. The Avoca Wheel Company, Respondent.— Judgment affirmed, with costs.  All concurred.

Thomas P. Mullaney, Respondent, v. Edward A. Kingston, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Minnie Flanagan, Respondent, v. International Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements.  Motion denied and judgment ordered for defendant upon the verdict.  All concurred.  Spring, J., not sitting.

McEwen Brothers, Respondent, v. Clara B. Kervin, Defendant, and Ladrue Billings, Appellant, Personally and as Sole Survivors of the Billings Oil Company.— Judgment and order affirmed, with costs.  All concurred.

Rozalia Millinger, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs.  All concurred, except McLennan, P. J., who dissented upon the ground that reversible errors were committed in the reception and rejection of evidence and in the charge to the jury.  Spring, J., not sitting.

Richard J. Cullen, Respondent, v. Battle Island Paper Company, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Edward L. Riker and Others, Plaintiffs, v. German Alliance Insurance Company and German-American Insurance Company, Defendants.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiffs upon the verdict, with costs.  All concurred.

In the Matter of the Appointment of Two Trustees for the City and County Hall for the Use of the City of Buffalo and the County of Erie, in Place of John G. Cloak and of Amos H. Baker, Deceased.— John G. Cloak appointed to succeed himself, for a term of six years from the 4th day of May, 1910.  Warren E. Hunt appointed in place of Amos H. Baker, deceased, for a term of six years from the 4th day of May, 1910.